UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
February 13, 2017

| | |
|---|---|
| DALLAS COOK, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:16-cv-02413-TWP-DML |
| HAYNES INTERNATIONAL, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by counsel, and hereby files his Stipulation of Dismissal of his claims against Defendant, Haynes International, Inc., without prejudice in the above-captioned proceedings.

WHEREFORE, the Plaintiff moves the Court to enter an order dismissing Defendant without prejudice, from this action, costs paid, and for all other just and proper relief in the premises.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22713-41

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically and served upon all counsel of record by operation of the Court's electronic filing system this 9th day of February, 2017.

                                    /s/ Paul J. Cummings
                                    Paul J. Cummings

HENN HAWORTH CUMMINGS & PAGE
625 North Madison Avenue, Suite A
Greenwood, IN 46142
(317)885-0041 Phone
(888)308-6503 Fax
Paul.Cummings@HHCFirm.com